People v Eastman (2025 NY Slip Op 00459)

People v Eastman

2025 NY Slip Op 00459

Decided on January 29, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 29, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2022-05475
 (Ind. No. 70118/21)

[*1]The People of the State of New York, respondent,
v
Michael D. Eastman, appellant.

Salvatore C. Adamo, New York, NY, for appellant.
Robert V. Tendy, District Attorney, Carmel, NY (New York Prosecutors Training Institute, Albany, NY [Karen Fisher McGee], of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Putnam County (Joseph J. Spofford, Jr., J.), rendered June 21, 2022, convicting him of strangulation in the second degree and attempted assault in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
In June 2022, the defendant was convicted of strangulation in the second degree (Penal Law § 121.12) and attempted assault in the first degree (id. §§ 110.00, 120.10[1]), upon his plea of guilty, and the County Court imposed sentence.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Okay, 172 AD3d 1104, 1104; People v Stanley, 99 AD3d 955, 955). Thus, appellate review of the defendant's contention that the County Court should have granted him a violent felony override is precluded by the valid waiver of his right to appeal (see People v Batista, 167 AD3d 69, 73).
The defendant's valid waiver of his right to appeal also precludes appellate review of his claim that the sentence imposed was excessive (see People v Sanchez, 226 AD3d 441, 442; People v Charlet, 169 AD3d 712, 712).
DUFFY, J.P., CHRISTOPHER, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court